JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 16-0074-RAJ |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO EXTEND TIME |
| v. ) | TO FILE INDICTMENT |
| ) | |
| GILBERTO REYES-MONDRAGON, ) | |
| ) | |
| Defendant. ) | |

The Court, having reviewed the defense's unopposed motion and the defendant's agreement to extend the time for an Indictment, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The parties believe that an extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial. Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER TO EXTEND TIME TO FILE
INDICTMENT
(Gilberto Reyes-Mondragon; CR16-074RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   IT IS THEREFORE ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from April 15, 2016, to May 30, 2016.

IT IS FURTHER ORDERED that the period of delay from April 15, 2016, to May 30, 2016, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§ 3161 et seq.

DATED this 14th day of April, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

---

ORDER TO EXTEND TIME TO FILE
INDICTMENT
(Gilberto Reyes-Mondragon; CR16-074RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**